MK

**FILED**

**FEB 06 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

| United States of America | |
| v. | Case No. 1-24-cr-00452 |
| Joseph Donelson | Judge Steven C. Seeger |

Affidavit of Denial of Corporate Existence
and
Legal Notice of Reservation of Rights

1) That I, Joseph Donelson, hereby depose and says that I am the above person, a living flesh and blood man, a creature of the Supreme Power of the Universe who created the Heavens and the Earth and all things in between, I am of legal age to testify and I am competent.

2) That I state as follows: Under the U.C.C. §1-308 and §1-103.6 I reserve the following rights: The right of freedom of speech, right to a fair trial and an unbias jury, the right to be heard and to legal counsel (of my choice), the right to be informed of the nature and cause of all the accusation against me and all the evidence, laws/statutes being used against me or used in an attempt to obtain jurisdiction against me.

3) That I also have a right to be informed of any foreign or domestic or international contract be placed into evidence discovery, the right to travel and life, liberty and the pursuit of happiness.

4) That my Reservation of Rights under U.C.C. §1-207 shows on the record that I have excercised the U.C.C. remedy and/or recourse for reserving my right to a common law remedy and under the 13th Amendment against involuntary servitude of the U.S. Constitution, and that I reserve my right not to be compelled to act and perform under any contract or commercial agreement that I have or have not entered into knowingly, voluntarily, intentionally, and with my expressed fully informed written consent and

5) That notice is served herein to all corporate Government agents that I have not and will not accept the liability associated

with the compelled benefits of any unrevealed contract or commercial agreement.
6) That I am not a corporate entity or creature of the law or legal fiction
7) That I revoke and withdraw cancel any and all hidden, unconscionable contracts, adhesion contracts and I revoke any and all signatures, actions verbally and physically that would give this court or any court jurisdiction that would bind the defendant to corporate proceedings without remedy or recourse and rights to which I'm entitled to and may be entitled to.
8) That I further state that a failure to rebut this affidavit in 30 days will stand as truth.

     Sayeth Nothing Further

I, Joseph Donelson, hereby states and verify under the penalty of perjury that the foregoing information is true, correct to the best of my personal knowledge and belief on this 24th day of January, 2025. Signed, *Joseph Donelson*

28 USC Sec. 1746

Dated, 1-27-25    Signed, *Joseph Donelson*

Joseph Donelson - 08460026
Metropolitan Corr. Center
71 W. Vanburen St.
Chicago, Ill. 60605

Christine O'neil
U.S. Atty Office
~~Thomas Trulon~~
~~Clerk US Dist Court~~
219 S. Dearborn St.
Chicago, Ill. 60604

Legal Mail

RECEIVED

FEB 06 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



ST. CHICAGO IL 60605

JAN 31 2025

02/06/2025-6