MH

U.S. Dist. Court Northern Dist. Ill.

Attachment and Supplemental Affidavit of Denial of Corporate Existence and Legal Notice of Reservation of Rights

FILED
FEB 06 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America

V.

Joseph Donelson

Case 1-24-cr-00452
Judge Steven C. Seeger

Donelson,

1. That I Joseph, declare that I am of the People of the United States and that U.S. is the Constitutional Republic under the original. All United States courts are statutory, entered by Act of Congress or consent, all officers are subject to the people, their constitutional statutory, and delegated Authority when challenged, we need not assume Jurisdiction.
Art. 1 - sec. 10, cl. 1, No State shall impair the obligation of contract.

2. Which include my right not to enter into a contract. I also declare my common law right to personal liberty under the 9th amend. to the Constitution of the Republic for Reservation of Rights I Request the Court file this Affidavit into evidence in the court Record. This Affidavit is attached and as a Supplement and Apart hereto and thereto the original affidavit which is incorporated herein by reference.
I declare theres been no conference I'm in custody.
I declare and so verify under penalty of perjury 28 USCS 1746 under the laws of the United States of America and based upon my personal knowledge and belief that the the foregoing is true and correct and sign on the 1-28-2025

Signed Joseph Donelson
without prejudice
with Full Responsibilty under
God Holy Bible, Quran for my actions

Joseph Donelson-08460026
Metropolitan Corr. Center
71 W. Vanburen St.
Chicago, Ill. 60605

Christine Oneil
U.S. Atty Office
~~Thomas Trulon~~
~~Clerk US Dist Court~~
219 S. Dearborn St.
Chicago, Ill. 60604

legal mail

RECEIVED

FEB 06 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



JAN 31 2025



02/06/2025-6