MR

U.S. District Court Northern Dist. of Ill. East. Div.

FILED
FEB 06 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America
v.
Joseph Donelson

Case 1:24-cr-0045

Judge Steven C. Seeger

## Motion to Represent Self as Counsel

Comes Joseph Donelson, in his own self Representation and hereby move pursuant to the Applicable Rules of procedure, and Request that said Court Allow him or myself to Represent self in the above case, and states as follows:

1. In Courts of the United States the parties may plead and conduct their own cases personally or by Counsel, as by the rules of such Court, respectfully, are permitted to manage and conduct causes therein. 28 U.S.C. Sec. 1654.

2. Further, the 6th and 14th amend. to the U.S. Const. has guaranteed that a person brought in any State or Federal Court must be afforded the Right to proceed without Counsel when he Voluntarily elects to do so, Faretta v. California

So I Respectfully prayerfully Ask this Court to allow him myself Self Representation.

Joseph Donelson
Date 1-29-2025
without prejudice
under duress

Joseph Donelson - 08460-026
Metropolitan Corr. Center
71 W. Vanburen
Chicago, Ill. 60605

Joseph Donelson - 08460026
Metropolitan Corr. Center
71 W. Vanburen St.
Chicago, Ill. 60605

Christine Oneil
U.S. Atty Office
~~Thomas Bruton~~
~~Clerk U.S. Dist. Court~~
219 S. Dearborn St.
Chicago, Ill. 60604

Legal Mail

S SUBURBAN IL 604
31 JAN 2025 PM 1 L



RECEIVED

FEB 06 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



02/06/2025-6

JAN 31 2025